✎ AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>USDC Northern District of Illinois |
|---|---|

| DOCKET NO.<br>1:26-cv-03526 | DATE FILED<br>3/31/2026 | |
|---|---|---|

| PLAINTIFF<br>Marcello Corti | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>R.    J. Hollimon | DATE<br>6/9/2026 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-391-080

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

**Title of Work:** XM1521

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** November 11, 2009
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-982

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1495_Afro

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 22, 2018
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-974

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

        **Title of Work:** XM1456A

## Completion/Publication

        **Year of Completion:** 2009
        **Date of 1st Publication:** January 12, 2009
        **Nation of 1st Publication:** Italy

## Author

        • **Author:** Marcello Corti
        **Author Created:** 2-D artwork
        **Citizen of:** Italy

## Copyright Claimant

        **Copyright Claimant:** Marcello Corti
        Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

        **Organization Name:** Grateful Licensing Group LLC.
        **Name:** Matt Appelman
        **Email:** matt@gratefullicensing.com
        **Telephone:** (802)777-1337
        **Address:** P.O. Box 844
        Manchester Center, VT 05255 United States

## Certification

        **Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-391-122

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | XM1647A |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | October 20, 2010 |
| **Nation of 1ˢᵗ Publication:** | Italy |

## Author

| | | |
|---|---|---|
| • | **Author:** | Marcello Corti |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Italy |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Marcello Corti |
| | Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-391-125

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title
_____

**Title of Work:** XM1676

## Completion/Publication
_____

**Year of Completion:** 2011
**Date of 1st Publication:** May 02, 2011
**Nation of 1st Publication:** Italy

## Author
_____

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant
_____

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions
_____

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification
_____

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-390-904

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | XM1686c |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | May 23, 2011 |
| **Nation of 1st Publication:** | Italy |

## Author

| | | |
|---|---|---|
| • | **Author:** | Marcello Corti |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Italy |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Marcello Corti |
| | Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-908

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1733

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** December 01, 2011
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-922

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title
_____

|  |  |
|---|---|
| **Title of Work:** | XM1799 |

## Completion/Publication
_____

|  |  |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | May 02, 2012 |
| **Nation of 1st Publication:** | Italy |

## Author
_____

|  |  |
|---|---|
| •    **Author:** | Marcello Corti |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Italy |

## Copyright Claimant
_____

|  |  |
|---|---|
| **Copyright Claimant:** | Marcello Corti |
|  | Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy |

## Rights and Permissions
_____

|  |  |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
|  | Manchester Center, VT 05255 United States |

## Certification
_____

|  |  |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-391-025

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

**Title of Work:** XM1220

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** September 19, 2007
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-390-989**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | XM1890 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | May 03, 2013 |
| **Nation of 1st Publication:** | Italy |

## Author

| | |
|---|---|
| **Author:** | Marcello Corti |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Italy |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Marcello Corti |
| | Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy |

---

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-390-898**

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1323

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** April 04, 2008
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
**Author Created:** 2-D artwork
**Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-983

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1497

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** July 30, 2009
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-391-079

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

Title of Work: XM1520

## Completion/Publication

Year of Completion: 2009
Date of 1st Publication: October 23, 2009
Nation of 1st Publication: Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

Copyright Claimant: Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

## Rights and Permissions

Organization Name: Grateful Licensing Group LLC.
Name: Matt Appelman
Email: matt@gratefullicensing.com
Telephone: (802)777-1337
Address: P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Name: David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-945

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1836

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 14, 2012
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-390-924

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 17, 2024

---

## Title

**Title of Work:** XM1819

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 14, 2012
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marcello Corti
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marcello Corti
Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy

---

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-391-094

**Effective Date of Registration:**
January 10, 2024
**Registration Decision Date:**
April 18, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | XM1584 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | March 05, 2010 |
| **Nation of 1st Publication:** | Italy |

## Author

| | | |
|---|---|---|
| • | **Author:** | Marcello Corti |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Italy |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Marcello Corti |
| | Via S. Anna, 9, Sorisole, Bergamo, 2401, Italy |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

